■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD BAPTISTE, Appellant. [16 NYS3d 745]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed March 12, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

As the defendant correctly contends, the waiver of his right to appeal was invalid. Notwithstanding the defendant's execution of the written waiver form, it cannot be said that he knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Brown*,

122 AD3d 133, 145-146 [2014]). Therefore, review of his excessive sentence claim is not precluded.

However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Duffy, JJ., concur.